IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

HER, INC.,

    Plaintiff,

vs.

Case No. C2-06-492
Judge Edmund A. Sargus, Jr.
Magistrate Judge Norah McCann King

RE/MAX FIRST CHOICE, LLC,
et al.,

    Defendants.

## ORDER

This matter is before the Court upon review of Defendants' Suggestion of Automatic Stay. Defendant, David Barlow, suggests that, pursuant to 11 U.S.C. § 362(a), this matter is automatically stayed due to the filing of his petition for relief under Chapter 7 of the United States Bankruptcy Code. (U.S. Bankruptcy Court, Southern District of Ohio, Case No. 2:08-bk-54933, May 26, 2008.)  Accordingly, this matter is **ADMINISTRATIVELY CLOSED**, subject to reopening by the filing of an appropriate Motion by any interested party.

    IT IS SO ORDERED.

6-17-2008
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE