# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

HER, INC., et al.,

    Plaintiffs,

v.

RE/MAX FIRST CHOICE, LLC, et al.,

    Defendants.

Case No. 2:06-cv-492
Judge Sargus
Magistrate Judge King

## ORDER

Presently before the Court is Plaintiffs' Motion for Issuance of an Opinion and Order to Replace and Supercede the Opinion and Order Entered on December 10, 2009 as DOC No. 75 (Doc. 77). Plaintiffs seek to replace the Court's Order of December 10, 2009 because, at the time that Order issued, Defendant David E. Barlow was, unbeknownst to the Court, a Chapter 11 bankruptcy debtor. As the Court finds Plaintiffs' motion to be well taken, it is accordingly **GRANTED**. A new Order, superceding the previous Order, will be entered onto the docket.

    **IT IS SO ORDERED.**

12-1-2011
**DATED**

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE